ORIGINAL

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* CR 04-00403HG-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR04-5973RBL |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: LUIS OCHOA | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE HELEN GILLMOR | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/12/2007    TO 2/11/2012 |

FILED / LODGED / RECEIVED
DEC 06 2007
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

OFFENSE

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTE 50 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE, in violation of 21 U.S.C. §§ 841(a)(1) and 846, a Class B felony.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 13 2007
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Western District of Washington (Tacoma)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11-28-07
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Western District of Washington (Tacoma)

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-7-06
Effective Date

_____
United States District Judge